**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Sheng-Yan Dong,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-10094-PHX-JSC

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. Specifically, he alleges that he was previously ordered removed in 1998, was released on an Order of Supervision, and was redetained on September 28, 2026, without notice or explanation. (Doc. 1.) Pursuant to General Order 26-09 and the Court's Standard Scheduling Order, Respondents were directed to show cause within seven days why the Petition should not be granted. (Doc. 3.) On November 2, 2026, Respondents filed a Notice of Imminent Removal stating that "Petitioner is scheduled to be removed within the next week but not less than two business days." (Doc. 5.) Respondents did not otherwise respond to the Petition within seven days.

The Court will require Respondents to file a status update as to Petitioner's removal. If he remains in custody, the Court will deem a response to the Petition waived and order Petitioner's immediate release.

**IT IS THEREFORE ORDERED** that no later than November 17, 2026, Respondents must file a status update as described herein.

**IT IS SO ORDERED.**

Dated: November 13, 2026

JACQUELINE SCOTT CORLEY
United States District Judge